IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LATAYA ANDERSON also known as Lataya Freeman, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:20-cv-114 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | Magistrate Judge Holmes |
| Defendant. | ) | |

**O R D E R**

On January 22, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 19) is GRANTED. The decision of the Commissioner is hereby REVERSED, and this case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge